## Carolynne M. KIEFFER, and Kieffer– Mickes, Inc., Appellants,

v.

## BANKAMERICA CORPORATION, et al., Defendants.

### No. ED 79926.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 25, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 22, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Carolynne M. Kieffer, St. Louis, pro se.

James A. Stemmler, St. Louis, MO, for appellant.

Duane L. Coleman, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., PAUL J. SIMON, J., and MARY R. RUSSELL, J.

*ORDER*

PER CURIAM.

Carolynne M. Kieffer ("Kieffer") appeals from the judgment of the trial court dismissing her cause of action for wrongful foreclosure against Bankamerica Corporation, et al., for lack of standing. Kieffer– Mickes, Inc. ("KMI") appeals from the summary judgment in favor of the defendants on all counts of KMI's cause of action for wrongful foreclosure.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).